SYDNEY BEVIN et al., Appellants, *v.* HENRY STEERS SAND AND GRAVEL CO., INC., Defendant, and HENRY STEERS, INC., Respondent.

SAME *v.* SAME.

*Landlord and tenant — lease — cancellation — action to recover rent — defense of cancellation.*

*Bevin* v. *Steers Sand & Gravel Co., Inc.,* 223 App. Div. 730, affirmed.
(Argued June 14, 1928; decided July 19, 1928.)

APPEAL in each of the above-entitled actions from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 15, 1928, reversing upon the law and the facts a judgment in favor of plaintiffs entered upon a verdict directed by the court and granting a new trial. The actions were to recover successive installments of rent due under a lease of land situated at Eaton's Neck in the town of Huntington. The defense was that defendants had the right to cancel the lease and had canceled it before the installments became due.

*Sidney W. Davidson* and *Leslie D. Dawson* for appellants. *Charles L. Woody* for respondent.

In each action order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.